UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GREGORY K. ZUK, an Individual, )    Case No. 1:14-cv-23615-RNS
    Plaintiff, )
vs. )
     )
MIAMI-DADE COUNTY; MIAMI-DADE, )
COUNTY POLICE DEPARTMENT, )
JANET LEWIS, in her capacity as Senior )
Bureau Commander of Miami-Dade Police )
Department Legal Bureau; and STEPHANIE )
STOILOFF in her capacity as Senior Bureau )
Commander of Miami-Dade Police Depart- )
ment, )
    Defendant(s). )
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff, by and through his attorney of record, and files this Response to Order to Show Cause and states as follows:

    The Parties have been and are currently negotiating terms of Settlement and hereby request a 14 day extension to prepare a Response to the Defendants' Motion to Dismiss filed in this case.

THEREFORE, Plaintiff hereby requests this court grant its 14 day extension to file a Response.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via this Court's E-Filing system to all parties of record this 20th day of March 2015.

    /s/ Harry Winderman_____
HARRY WINDERMAN, ESQ.
Attorney for Plaintiff
Florida Bar No. 0209562
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, Florida 33431
(561) 241-0332 Telephone
Harry4334@hotmail.com